**In the United States District Court
for the District of Kansas**

───────────

Case No. 2:23-cv-02484-TC-GEB

───────────

DAMIAN ELLIOTT,

*Plaintiff*

v.

CARGILL AND
JOHN AND JANE DOES,
NURSES OF CARGILL/HR,

*Defendants*

───────────

# ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Gwynne E. Birzer issued a Report and Recommendation, recommending that Damian Elliott's claims be dismissed without prejudice because Elliott did not provide sufficient detail to raise a right to relief and may not have exhausted administrative remedies. Doc. 12 at 8. The R&R allowed Elliott 14 days after service to file any objections and noted that "[f]ailure to make a timely objection waives appellate review." Doc. 12 at 10. The R&R was entered on June 14, 2024, and served by regular and certified mail. *See* Doc. 11.

When a magistrate judge issues a report and recommendation on a dispositive pretrial matter, a party objecting to the recommendation must "serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Where a party fails to make a proper objection, a district court may review the recommendation under "any standard it deems appropriate," even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted).

More than 14 days have passed without any written objection. And, after reviewing the pleadings submitted, there appears to be no clear

error in Judge Birzer's reasoning or recommendation. As a result, the R&R is adopted in its entirety.

  IT IS THEREFORE ORDERED that the R&R be adopted. The case is DISMISSED without prejudice.

  IT IS SO ORDERED.

  Date:  July 2, 2024      <u>  s/ Toby Crouse                </u>
                Toby Crouse
                United States District Judge